**KANSAS CITY, Respondent,**

v.

**Maria L. GARZA, Appellant.**

**No. KCD 26138.**

Missouri Court of Appeals,
Kansas City District.

April 2, 1973.

Roy W. Brown, Kansas City, for appellant.

Aaron A. Wilson, City Counselor, Louis Benecke, City Prosecutor, Kansas City, for respondent.

Before SHANGLER, C. J., and SWOFFORD and WASSERSTROM, JJ.

WASSERSTROM, Judge.

Defendant appeals from a judgment finding her guilty of a violation of the City's traffic ordinances. Her brief sets out the following points: (1) A police officer who failed to appear and testify in municipal court may not be permitted to testify in circuit court on appeal; (2) An information based upon a Missouri Uniform Traffic Ticket may not be amended without leave of court; and (3) An information based upon a Missouri Uniform Traffic Ticket may not be amended without notice to the defendant.

These purported points are purely abstract statements of law and present nothing for review. Rule 84.04(d), V.A.M.R.; Boyd v. Boyd, 459 S.W.2d 8, 1. c. 12 (Mo. App.1970); Epperson v. Nolan, 452 S.W.2d 263, 1. c. 267–268 (Mo.App.1970); Scarato v. Hayward, 446 S.W.2d 135, 1. c. 136–137 (Mo.App.1969).

The appeal is therefore dismissed.

All concur.